EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Re:<br><br>    Osvaldo Antonio Villanueva Díaz | 2003 TSPR 23<br><br>158 DPR _____ |

Número del Caso: TS-2664


Fecha: 21 de febrero de 2003


Abogados de la Parte Peticionaria:
                    Lcdo. Felipe Benicio Sánchez Rivera
                    Lcdo. Víctor Ramos Acevedo


Oficina del Procurador General:

                    Lcdo. Roberto J. Sánchez Ramos
                    Procurador General


Abogado de la Comisión de Reputación para el Ejercicio de la Abogacía:
                    Lcdo. Alcides Oquendo Solís


Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:
                    Lcda. Belén Guerrero Calderón
                    Lcdo. José Guillermo Vivas
                    Lcdo. Carlos Víctor Dávila
                    Lcdo. Doel Quiñones Núñez
                    Dr. Robert Stolberg



 Materia: Solicitud de Reinstalación

    Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Re:

Osvaldo Antonio Villanueva Díaz          TS-2664

RESOLUCION

San Juan, Puerto Rico, a 21 de febrero de 2003

Examinado el Informe de la Comisión de Reputación Para el Ejercicio de la Abogacía y la comparecencia del Sr. Olvaldo Villanueva Díaz, se ordena la reinstalación inmediata de éste al ejercicio de la abogacía.

El Tribunal apercibe a la representación legal del peticionario Osvaldo Villanueva Díaz, sobre el uso de algunas expresiones de mal gusto dirigidas a los distinguidos miembros de la Comisión de Reputación Para el Ejercicio de la Abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton, a pesar de que está conforme con el apercibimiento que se le hace a la representación legal del peticionario, disiente de la determinación tomada en el día de hoy por el Tribunal por entender que éste debió ordenar la transcripción de los procedimientos ante la Comisión de Reputación antes de tomar una determinación final en el caso. La Juez Asociada señora Naveira de Rodón inhibida. El Juez Asociado señor Fuster Berlingeri no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo